DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MASELAH SURMATY,**
Appellant,

v.

**COURTSIDE AT WESTON HILLS COUNTRY CLUB CONDOMINIUM ASSOCIATION, INC.,** a Florida not-for profit corporation, **CALVA RICHARDSON, IRON CONDOR HOLDINGS INC, UNKNOWN SPOUSE OF CALVA RICHARDSON, ROBERTO A. ANGULO,** and **ALBA LUCIA ANGULO,**
Appellees.

No. 4D2023-2293

[October 9, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Corey Amanda Cawthon, Judge; L.T. Case No. COSO21-713.

Paul Alexander Bravo of P.A. Bravo, P.A., Miami, for appellant.

David Henry Pollack of The Law Office of David H. Pollack, LLC, Coral Gables, for appellee Courtside at Weston Hills Country Club Condominium Association, Inc.

Mark E. Buechele, Davie, for appellee Calva Richardson.

PER CURIAM.

*Affirmed. See Can Fin., LLC v. Niklewicz,* 307 So. 3d 33 (Fla. 4th DCA 2020).

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***